570 A.2d 964

FREITZNEL GELIN AND MAGALIE GELIN v. NEW JERSEY
HIGHWAY AUTHORITY AND TOWNSHIP OF
IRVINGTON, ET AL.

October 24, 1989.

Petition for certification denied.

570 A.2d 964

FRANK R. LEOGRANDE, JR. v.
RODGER M. CLYNE, ET AL.

October 24, 1989.

Petition for certification denied.

570 A.2d 965

STATE OF NEW JERSEY v. M.S. & R.A.

October 24, 1989.

Petition for certification denied.

570 A.2d 965

THE DIXON VENTURE, ETC. v. THE JOSEPH DIXON
CRUCIBLE COMPANY, ETC., ET AL.

October 24, 1989.

Petition for certification granted. (See 235 *N.J.Super.* 105,
561 *A.*2d 663)